# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:23-MJ-163-01-TSM
)
THE EMAIL ADDRESS )
CHRISTOPHBURKE@AOL.COM THAT IS STORED AT )
PREMISES CONTROLLED BY YAHOO, INC. )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see attachment A-1.

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

Please see attachment B-1

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1347 | - Health Care Fraud |
| 18 USC 287 | - False, Fictitious, or Fraudulent Claims |
| 18 USC 1349 | - Conspiracy to Commit Health Care Fraud |
| 18 USC 1956, 1957 | - Money Laundering |
| 42 USC 1320a-7(b)(1)(A) and 1320a-7(b)(2)(A) | - Payment or Receipt of Health Care Kickbacks |
| 18 USC 371 | - Conspiracy to Pay or Receive Illegal Remunerations |

The application is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Erika Broadhurst
*Applicant's signature*

Special Agent Erika Broadhurst, HHS-OIG
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ *(specify reliable electronic means)*.

Date: September 1, 2023

*Judge's signature*

City and state: Concord, New Hampshire          Hon. Talesha L. Saint-Marc, U.S. Magistrate Judge
*Printed name and title*